**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CENTRIX FINANCIAL, LLC | ) | Case No. 06-16403 EEB |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| CENTRIX FINANCIAL LIQUIDATING | ) | Adversary No.09-01150 EEB |
| TRUST and JEFFREY A. WEINMAN in his | ) | |
| capacity as Trustee for the Centrix Financial | ) | |
| Liquidating Trust | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, P.A. and | ) | |
| AIG DOMESTIC CLAIMS, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR  WITHDRAWAL OF  THE
REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 6/12/2009 and the relevant responses and replies thereto, if any.  Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated this 20th day of July, 2009, *nunc pro tunc* June 30, 2009.


BY THE COURT:


_____
United States Bankruptcy Court Judge