IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   09-cv-01542-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:           December 18, 2013 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| CENTRIX FINANCIAL LIQUIDATING TRUST, *et al.*, | Ann M. Uetz  *(appearing b y phone)* <br> Jerold Oshinsky  *(appearing b y phone)* <br> Jeffrey A. Weinman, *trustee* |
| Plaintiffs, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*, | Edwin P. Aro <br> James Lyman <br> Timothy R. Macdonald |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:      1:29 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding **Plaintiff's Motion to Amend the Complaint** [Doc. No. 32].

Discussion between the court and counsel regarding the discovery that has been pursued thus far in this case and in the bankruptcy case, and what additional discovery would be needed upon the addition of new claim if the *Motion to Amend* is granted.

The court addresses Defendants' arguments against the *Motion*.

For the reasons stated on the record, it is

**ORDERED:**         *Plaintiff's Motion to Amend the Complaint* [Doc. No. 32, filed 6/26/2013] is **GRANTED**.

The court informs the parties that only a ruling from the bench will issue, no written order will follow, and therefore the amount of days to file an objection should be calculated from today's date.

The court addresses the parties regarding the next step in the case and setting the matter for a scheduling conference.

Defense counsel requests additional time to file an objection in light of the holiday season.

**ORDERED:**    Any objection to the court's ruling counsel wish to file shall be submitted **no later than January 17, 2014.**

Counsel note active discovery is ongoing in the bankruptcy case and discuss the status of the de-consolidated case.

**ORDERED:**    The parties are **REQUIRED** to file a detailed status report, either joint or separate, **by close of business on January 24, 2014.** The status report should outline the discovery that has taken place in front of Judge Brown and the discovery that has been contemplated but not yet completed before Judge Brown. Counsel should also provide an assessment of what additional discovery, separate from that in the bankruptcy case, that would be necessary in this case under this docket number.

The court addresses counsel regarding moving the case forward efficiently.

HEARING CONCLUDED.
**Court in recess**:    **1:59 p.m.**
Total time in court:    00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.