IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 09-cv-01542-PAB-CBS | Date: July 9, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

CENTRIX FINANCIAL LIQUIDATING  Anne Uetz
TRUST, et al.  Eileen Ridley

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE  Edwin Aro
COMPANY OF PITTSBURGH, PA, et al.  James Lyman
  Timothy Macdonald

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 11:09 a.m.**
Court calls case. Appearances of counsel.

Plaintiff Jeffrey Weinman appears by phone with counsel.

**ORDERED:**  Unopposed Motion for Leave to File Sur-Reply to Plaintiffs' Reply in Support of Motion Requesting Status or Preliminary Pretrial Conference for the Purpose of Pretrial Matters in the District Court [77] is **GRANTED**.

Discussion regarding Motion for Hearing/Conference /Plaintiff's Motion Requesting Status or Preliminary Pretrial Conference for the Purpose of Pretrial Matters in the District Court [72]. Plaintiff's counsel has 5 depositions left to complete. The Bankruptcy Court issued an Order regarding what discovery can be completed in this case.

Mr. Aro addresses the Court regarding completing depositions, production of records, possibly filing Motion for Sanctions and Motion for Summary Judgment.

Ms. Uetz provides argument for setting a Pretrial Conference date.

The Court recommends counsel file a Motion with the Bankruptcy Court for deadlines in the case. Once deadlines are set, Magistrate Judge Shaffer can set this matter for a Final Pretrial Conference.

Hearing Concluded.

**Court in recess: 11:37 a.m.**
Time in court: 00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.