IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01542-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, and
JEFFREY A. WEINMAN in his capacity as Trustee for the Centrix Financial
Liquidating Trust,

    Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and
AIG DOMESTIC CLAIMS, INC.,

    Defendants.
_____

**ORDER REGARDING PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

This matter comes before the Court on Plaintiffs' Objections to Defendants' Deposition Counter-Designations [Docket No. 143]. The Court has reviewed the objections and rules as follows:

| DEPOSITION OF TIMOTHY BOATES – 11.28.2006 ||||
|---|---|---|---|
| Item # | Testimony | Objection | Ruling |
| 1. | 21:5 – 21:12 | Rule 602: Speculation, Foundation | Sustained |
| 2. | 68:6 – 68:20 | Rule 602: Foundation | Sustained |

| DEPOSITION OF TIMOTHY BOATES – 1.4.2007 ||||
|---|---|---|---|
| Item # | Testimony | Objection | Ruling |
| 3. | 32:22 – 33:13 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 4. | 34:13 – 34:17 | Rule 611(a): Misstates facts and evidence | Sustained on irrelevance grounds |
| 5. | 38:13 – 38:15 | Rule 402: Irrelevant; Rule 403: Prejudicial | Sustained. Also, foundation |
| 6. | 45:23 – 46:12 | Rule 602: Speculation; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 7. | 52:7 – 52:16 | Rule 602: Foundation; Rule 611(a): Assumes facts not in evidence | Overruled |
| 8. | 60:18 – 60:22 | Rule 602: Best Evidence, Foundation; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 9. | 63:24 – 64:19 | Rule 402: Irrelevant; Rule 403: Prejudicial | Sustained |
| 10. | 72:4 – 72:9 | Rule 602: Foundation | Overruled |
| 11. | 72:19 – 72:24 | Rule 602: Foundation, Speculation; Rule 701: Legal Conclusion/Impermissible Lay Witness | Overruled |

| DEPOSITION OF TIMOTHY BOATES – 6.12.2007 ||||
|---|---|---|---|
| Item # | Testimony | Objection | Ruling |
| 12. | 20:12 – 20:20 | Rule 602: Foundation, Speculation | Sustained |
| 13. | 51:6 – 52:6 | Rule 602: Foundation | Overruled |
| 14. | 55:7 – 55:13 | Rule 602: Foundation | Overruled |
| 15. | 74:2 – 74:13 | Rule 802: Hearsay | Sustained |
| 16. | 86:4 – 86:18 | Rule 602: Foundation | Overruled |
| 17. | 91:4 – 93:10 | Rule 602: Foundation | Overruled |

| DEPOSITION OF TIMOTHY BOATES – 8.17.2010 ||||
|---|---|---|---|
| Item # | Testimony | Objection | Ruling |
| 18. | 68:15 – 69:6 | Rule 802: Hearsay | Overruled |
| 19. | 72:24 – 73:2 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 20. | 81:14 – 83:23 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 21. | 105:22 – 106:23 | Rule 602: Foundation | Sustained as undesignated expert testimony |
| 22. | 190:1 – 191:7 | Rule 402: Irrelevant; Rule 403: Prejudicial, Misleading and Confusing; Rule 404(a): Improper character evidence; *see also* Plaintiffs' Fourth Motion in Limine to Bar Evidence and Testimony Regarding alleged outings to strip clubs, alleged harassment, and proposed trial exhibit no. 167 [Dkt. No. 110] | Sustained |
| 23. | 192:13 – 193:9 | Rule 402: Irrelevant; Rule 403: Prejudicial, Misleading and Confusing; Rule 404(a): Improper character evidence; *see also* Plaintiffs' Fourth Motion in Limine to Bar Evidence and Testimony Regarding alleged outings to strip clubs, alleged harassment, and proposed trial exhibit no. 167 [Dkt. No. 110] | Sustained |
| 24. | 194:11 – 195:4 | Rule 602: Speculation; Rule 802: Hearsay | Sustained |
| 25. | 237:11 – 237:15 | Rule 602: Foundation, Speculation | Overruled |

| 26. | 260:16 – 260:20 | Rule 602: Speculation; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
|---|---|---|---|
| 27. | 260:25 – 261:5 | Rule 602: Foundation | Overruled |
| 28. | 263:15 – 264:3 | Rule 602: Foundation | Overruled |
| 29. | 265:24 – 266:6 | Rule 602: Foundation | Overruled |
| 30. | 271:24 – 272:6 | Rule 602: Foundation, Speculation | Sustained |
| 31. | 272:24 – 273:8 | Rule 602: Foundation, Speculation; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 32. | 284:6 – 284:10 | Rule 602: Foundation; Rule 611(a): Ambiguous | Overruled |
| 33. | 284:23 – 285:6 | Rule 602: Foundation; Rule 611(a): Ambiguous | Overruled |

| 34. | 30:23 – 33:14 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
|---|---|---|---|
| 35. | 34:2 – 34:15 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 36. | 55:6 – 55:13 | Rule 602: Foundation; Rule 611(a): Assumes facts not in evidence | Sustained |
| 37. | 59:18 – 59:21 | Rule 602: Foundation | Overruled |
| 38. | 60:12 – 60:18 | Rule 602: Foundation | Overruled |
| 39. | 103:15 – 104:4 | Rule 403: Cumulative | Sustained |
| 40. | 110:10 – 110:14 | Rule 602: Foundation | Overruled |
| 41. | 121:8 – 121:22 | Rule 602: Foundation | Overruled |
| 42. | 189:12 – 189:24 | Rule 602: Foundation; Rule 611(a): Assumes facts not in evidence | Overruled |

| | | | |
|---|---|---|---|
| 43. | 190:21 – 191:6 | Rule 602: Speculation; Foundation | Overruled |
| 44. | 227:24 – 228:10 | Rule 701: Legal Conclusion | Overruled |
| 45. | 269:15 – 269:17 | Rule 611(a): Assumes facts not in evidence; Misstated Evidence; Rule 602: Foundation | Overruled |
| 46. | 279:5 – 280:15 | Rule 602: Speculation; Foundation | Overruled |
| 47. | 291:5 – 291:12 | Rule 602: Foundation; Rule 611(a): Ambiguous | Overruled |
| 48. | 321:23 – 322:2 | Rule 602: Foundation | Overruled |
| 49. | 322:19 – 323:3 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Foundation; Rule 611(a): Assumes facts not in evidence | Overruled |
| 50. | 323:20 – 324:11 | Rule 611(a): Assumes facts not in evidence; Misstated Evidence | Overruled |
| 51. | 328:10 – 328:16 | Rule 602: Speculation; Foundation | Sustained |
| 52. | 329:21 – 330:6 | Rule 602: Speculation | Overruled |

| **DEPOSITION OF TIMOTHY BOATES – 2.6.2015** | | | |
|---|---|---|---|
| **Item #** | **Testimony** | **Objection** | **Ruling** |
| 53. | 12:4 – 12:15 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 54. | 20:22 – 21:2 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |

| | | | |
|---|---|---|---|
| 55. | 21:12 – 21:17 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 56. | 24:4 – 25:14 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 57. | 25:24 – 28:24 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 58. | 32:18 – 33:19 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 59. | 36:15 – 36:23 | Rule 802: Hearsay; Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 60. | 38:1 – 40:11 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | 38:1-39:14 - sustained. 39:15-40:11 - overruled. |

| | | | |
|---|---|---|---|
| 61. | 41:10 – 41:17 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 62. | 42:9 – 43:4 | Rule 602: Speculation; Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 63. | 43:19 – 44:8 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |

| | | | |
|---|---|---|---|
| 64. | 46:22 – 47:16 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |
| 65. | 47:22 – 48:11 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |

| | | | |
|---|---|---|---|
| 66. | 50:3 – 50:11 | Rule 402: Irrelevant; Rule 403: Prejudicial, Misleading and Confusing; Rule 404(a): Improper character evidence; *see also* Plaintiffs' Fourth Motion in Limine to Bar Evidence and Testimony Regarding alleged outings to strip clubs, alleged harassment, and proposed trial exhibit no. 167 [Dkt. No. 110] | Sustained |
| 67. | 50:22 – 51:22 | Rule 402: Irrelevant; Rule 403: Prejudicial, Misleading and Confusing; Rule 404(a): Improper character evidence; *see also* Plaintiffs' Fourth Motion in Limine to Bar Evidence and Testimony Regarding alleged outings to strip clubs, alleged harassment, and proposed trial exhibit no. 167 [Dkt. No. 110] | Sustained |
| 68. | 53:1 – 53:23 | Rule 802: Hearsay; Rule 602: Foundation; Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107]; Plaintiffs' Fourth Motion in Limine to Bar Evidence and Testimony Regarding alleged outings to strip clubs, alleged harassment, and proposed trial exhibit no. 167 [Dkt. No. 110] | Sustained. Rules 402 and 403. |
| 69. | 55:4 – 56:3 | Rule 802: Hearsay; Rule 602: Foundation; Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107]; Plaintiffs' Fourth Motion in Limine to Bar Evidence and Testimony Regarding alleged outings to strip clubs, alleged harassment, and proposed trial exhibit no. 167 [Dkt. No. 110] | Sustained. Rules 402 and 403. |

| | | | |
|---|---|---|---|
| 70. | 57:9 – 57:19 | Rule 802: Hearsay; Rule 602: Foundation; Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107]; Plaintiffs' Fourth Motion in Limine to Bar Evidence and Testimony Regarding alleged outings to strip clubs, alleged harassment, and proposed trial exhibit no. 167 [Dkt. No. 110] | Sustained. Rules 402 and 403. |
| 71. | 64:4 – 66:15 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | 64:4-64:22 - overruled. 64:23-66:5 - sustained. |
| 72. | 66:22 – 67:13 | Rule 402: Irrelevant; Rule 403: Prejudicial and Confusion; *see also* Plaintiffs' First Motion in Limine to Bar Evidence and Testimony of Alleged Spoliation and Defendants' Motion for Spoliation Sanctions [Dkt. No. 107] | Sustained |

| **DEPOSITION OF GREGG CARIOLANO – 5.16.2012** | | | |
|---|---|---|---|
| **Item #** | **Testimony** | **Objection** | **Ruling** |
| 73. | 86:23 – 87:17 | Rule 106: Incomplete | Overruled |

| **DEPOSITION OF KAYLEEN CARMODY – 5.15.2012** | | | |
|---|---|---|---|
| **Item #** | **Testimony** | **Objection** | **Ruling** |
| 74. | 100:9 – 100:23 | Rule 802: Hearsay | 100:9-100:16 - overruled. 100:17-100:23 - sustained. |

9

| | | | |
|---|---|---|---|
| 75. | 121:23 – 122:10 | Rule 611(a): Misstates facts and testimony | Overruled |
| 76. | 125:19 – 126:5 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 77. | 151:22 – 152:2 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |

DATED June 4, 2015.

                    BY THE COURT:

                    s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge