IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01542-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, and
JEFFREY A. WEINMAN in his capacity as Trustee for the Centrix Financial
Liquidating Trust,

    Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and
AIG DOMESTIC CLAIMS, INC.,

    Defendants.

## ORDER

This matter is before the Court on the Objections to Defendants' Counter-Designations to Plaintiffs' Counter-Designations for Robert Sutton and Roland Anderson filed by plaintiffs Centrix Financial Liquidating Trust and Jeffrey A. Weinman [Docket No. 173]. On May 29, 2015, defendants submitted counter-designations to plaintiffs' counter-designations for the May 15 and 16, 2014 deposition of Robert Sutton and the January 3, 2007 and July 17, 2012 depositions of Roland Anderson. *See* Docket No. 165. Plaintiffs object to defendants' counter-designations as not being permitted by the Court's practice standards or the local rules of this district.

Because the Court's practice standards do not permit counter-counter-designations, *see* Practice Standards (Civil cases), Judge Philip A. Brimmer, §§ II.E.3, F.3, plaintiffs' objection [Docket No. 173] is SUSTAINED.

DATED June 4, 2015.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge