# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

## By Judge Philip A. Brimmer

Civil Action 09-cv-1542-PAB-CBS

In re:  CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, and
JEFFREY A. WEINMAN in his capacity as Trustee
for the Centrix Financial Liquidating Trust,

        *Plaintiffs*,

    v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
AIG DOMESTIC CLAIMS, INC.,

        *Defendants*.

---

## ORDER REGARDING DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DEPOSITION DESIGNATIONS FOR TRIAL AS TO ROBERT SUTTON

This matter comes before the Court on Defendants' Objections to Plaintiffs'

Counter Deposition Designations for Trial [Docket No. 161].  The Court has

reviewed the objections and rules as follows as to the deposition of Robert Sutton:

| | DEPOSITION OF ROBERT SUTTON - 5-15-2014 | | |
|---|---|---|---|
| **Item #** | **Testimony** | **Objection** | **Ruling** |
| | 74:18-22 | Rule 611: Completeness (requires addition of 74:23-25) | Sustained |
| | 96:17-20 | Rule 611: Completeness (requires addition of 96:21-25) | Overruled |
| | 98:14-17 | Rule 611: Completeness (requires addition of 98:18-21) | Overruled |
| | 105:19 to 106:5 | Rule 611 (Completeness requires addition of 106:6-9) | Overruled |
| | 111:10 to 112:7 | Rule 611: Completeness (requires addition of 112:8-20) | Overruled |
| | 114:7-13 | Rule 602: Lacks Personal Knowledge) | Sustained – nonresponsive |
| | 142:21 to 143:6 | Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |
| | 147:1-20 | Rule 611: Completeness (requires addition of 146:4-25) | Overruled |
| | 162:20 to 166:16 | Rule 602: Lacks Personal Knowledge; Rule 403: Prejudice (irrelevant as testimony concerns litigation involving two non-Centrix entities); Rule 403: Prejudice (any marginal probative value of whether litigation and settlement between two non-Centrix entities substantially outweighed by danger of unfair prejudice) | Sustained – foundation |
| | 175:23 to 177:3 | Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |
| | 180:24 to 182:5 | Rule 802: Hearsay (testimony based on hearsay statements); Rule 602: Lacks Personal Knowledge | Sustained |
| | 202:17 to 203:8 | Rule 602: Lacks Personal Knowledge (only related statements made to him by others); Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |
| | 222:4-18 | Rule 802: Hearsay (testimony based on hearsay statements) | Overruled |
| | 224:1-9 | Rule 701: Improper Lay Witness Opinion (calls for an interpretation of a term "financial benefit" that is defined under the bond) | Overruled |

| DEPOSITION OF ROBERT SUTTON - 5-15-2014 | | | |
|---|---|---|---|
| Item # | Testimony | Objection | Ruling |
| | 231:11-14 | Rule 602: Speculation | Sustained |
| | 235:21 to 236:12 | Rule 611: Vague (mischaracterizes prior testimony) | Overruled |
| | 248:20 to 249:18 | Rule 602: Speculation | Sustained |

| | | DEPOSITION OF ROBERT SUTTON - 5-16-2014 | |
|---|---|---|---|
| **Item #** | **Testimony** | **Objection** | **Ruling** |
| | 265:19 to 266:1 | Rule 602: Lacks Personal Knowledge (only relating statements made to him by others); Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |
| | 281:5 to 284:5 | Rule 802: Hearsay (testimony based on hearsay statements) | 281:5-283:20 – Overruled; 283:21-284:5 - Sustained |
| | 285:9-17 | Rule 802: Hearsay (testimony based on hearsay statements) | Overruled |
| | 286:8-17 | Rule 611: Vague (mischaracterizes the document) | Overruled |
| | 287:15-18 | Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |
| | 288:1-7 | Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |
| | 302:2-23 | Rule 611: Vague | Overruled |
| | 303:5-13 | Rule 802: Hearsay (testimony based on hearsay statements) | Overruled |
| | 311:12-16 | Rule 701: Improper Lay Opinion (testimony in respect to a defined term under the bond, "personal/financial benefit) | Overruled |
| | 311:17 to 312:1 | Rule 611: Vague | Overruled |
| | 312:22 to 313:1 | Rule 701: Improper Lay Opinion (testimony in respect to a defined term under the bond, "personal/financial benefit) | Overruled |
| | 314:13-16 | Rule 701: Improper Lay Opinion (testimony in respect to a defined term under the bond, "personal/financial benefit) | Overruled |
| | 317:21-23 | Rule 701: Improper Lay Opinion (testimony in respect to a defined term under the bond, "personal/financial benefit) | Overruled |
| | 328:21 to 329:20 | Rule 602: Lacks Personal Knowledge, Speculation | Sustained |
| | 338:13 to 339:22 | Rule 602: Lacks Personal Knowledge; Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |

| | DEPOSITION OF ROBERT SUTTON - 5-16-2014 | | |
|---|---|---|---|
| **Item #** | **Testimony** | **Objection** | **Ruling** |
| | 370:7-15 | Rule 602: Lacks Personal Knowledge, Speculation | Overruled |
| | 370:19 to 371:4 | Rule 602: Speculation | Overruled |
| | 371:6 to 372:5 | Rule 611: Vague | Overruled |
| | 372:6-11 | Rule 602: Speculation | Overruled |
| | 374:16 to 375:19 | Rule 602: Foundation; Rule 802: Hearsay (testimony based on hearsay statements) | Sustained |
| | 382:21 to 383:9 | Rule 602: Lacks Personal Knowledge, Speculation | Sustained |
| | 384:8-21 | Rule 602: Lacks personal knowledge, Speculation | Sustained |
| | 387:22 to 395:12 | Rule 402: Relevance; Rule 403: Prejudice (any marginal probative value is substantially outweighed by danger of unfair prejudice); Rule 404(a)(1): Improper Character Evidence | Sustained - relevance |
| | 408:20 to 409:6 | Rule 802: Hearsay (testimony based on hearsay) | Sustained |
| | 410:1 to 411:7 | Rule 602: Lacks Personal Knowledge, Speculation | Sustained |
| | 441:5 to 442:14 | Rule 802: Lacks Personal Knowledge, Speculation; Rule 611: Vague (mischaracterizes prior testimony) | Sustained |

DATED June 5, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge