**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, and
JEFFREY A. WEINMAN in his capacity as Trustee
for the Centrix Financial Liquidating Trust,

*Plaintiffs*,

Civil Action 09-cv-1542-PAB-CBS

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
AIG DOMESTIC CLAIMS, INC.,

*Defendants*.

---

**STIPULATED STATEMENT OF THE CASE FOR THE VENIRE**

---

Per the Court's request at the final trial preparation conference, Plaintiffs and Defendants respectfully submit the following stipulated introductory statement of the case, to be read to the venire in connection with jury selection.

> This case is a breach of contract dispute involving a fidelity bond. Generally speaking, a fidelity bond is a type of insurance policy that covers an insured entity against financial losses directly caused by a fraudulent or dishonest act by one of its employees, subject to certain limitations (if applicable). One of the defendants in this case issued a fidelity bond to an entity named Centrix Financial. The plaintiffs contend that the defendants breached the fidelity bond, and the defendants deny that claim.

Dated: June 5, 2015

Respectfully submitted,

ARNOLD & PORTER LLP

By: s/Timothy Macdonald
Timothy Macdonald
Edwin P. Aro
370 17th St., Suite 4400
Denver, Colorado 80202
Telephone: (303)863-1000
Email: Timothy.Macdonald@aporter.com
*Counsel to the Defendants*

FOLEY & LARDNER LLP

By: s/Ann Marie Uetz
Ann Marie Uetz
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: (313) 234-7114
Facsimile: (313) 234-2800
Email: auetz@foley.com
*Counsel to the Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 5, 2015, a true and accurate copy of the foregoing **STIPULATED STATEMENT OF THE CASE FOR THE VENIRE** was electronically filed with the clerk of court using the CM/ECF System, which will send notification of such filing to all ECF participants.

/s/ Linda J. Teater