**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

**By Judge Philip A. Brimmer**

Civil Action 09-cv-1542-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, and
JEFFREY A. WEINMAN in his capacity as Trustee
for the Centrix Financial Liquidating Trust,

      *Plaintiffs*,

   v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
AIG DOMESTIC CLAIMS, INC.,

      *Defendants*.

**ORDER REGARDING PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS AS TO ERIC ROGOFF**

This matter comes before the Court on Plaintiffs' Objections to Defendants' Deposition Designations [Docket No. 142]. The Court has reviewed the objections and rules as follows as to the deposition of Eric Rogoff:

| **DEPOSITION OF ERIC ROGOFF – 9.20.2012** | | | |
|---|---|---|---|
| Item # | Testimony | Objection | Ruling |
| 344. | 49:7 – 49:19 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Overruled |
| 345. | 49:24 – 50:4 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Overruled |
| 346. | 52:20 – 54:11 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Sustained |
| 347. | 61:6 – 61:9 | Rule 602: Foundation | Overruled |
| 348. | 61:10 – 62:3 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 349. | 90:5 – 90:12 | Rule 602: Speculation/Lacks Personal | Sustained |
| 350. | 91:24 – 92:2 | Rule 602: Foundation | Overruled |

| | | | |
|---|---|---|---|
| 351. | 92:3 – 92:10 | Rule 611(c): Leading | Overruled |
| 352. | 92:11 – 92:16 | Rule 611(a): Misstates testimony | Overruled |
| 353. | 122:6 – 122:13 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Overruled |
| 354. | 127:25 – 128:7 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 355. | 140:19 – 140:24 | Rule 602: Speculation/Lacks Personal Knowledge | Overruled |
| 356. | 148:12 – 148:25 | Rule 602: Foundation | 148:12-148:18 – Sustained. 148:19-148:25 - Overruled |
| 357. | 150:5 – 150:15 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Overruled |
| 358. | 151:24 – | Rule 602: Foundation | Overruled |
| 359. | 153:24 – 154:8 | Rule 602: Foundation | Overruled |
| 360. | 162:3 – 162:18 | Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 361. | 170:10 – | Rule 602: Foundation | Overruled |
| 362. | 182:25 – 183:4 | Rule 701: Impermissible Lay Witness Opinion | Overruled |
| 363. | 183:19 – 183:22 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Overruled |
| 364. | 186:21 – 188:6 | Rule 602: Speculation/Lacks Personal Knowledge; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 365. | 188:20 – 189:4 | Rule 602: Speculation/Lacks Personal | Overruled |
| 366. | 191:15 – 193:8 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 367. | 193:23 – 194:8 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained – foundation, speculation |
| 368. | 228:11 – | Rule 602: Foundation | Overruled |
| 369. | 233:23 – | Rule 611(c): Leading | Overruled |
| 370. | 235:12 – 236:4 | Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 371. | 238:13 – 239:6 | Rule 602: Speculation/Lacks Personal Knowledge | Overruled |
| 372. | 257:12 – 257:16 | Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 373. | 267:16 – 267:20 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Sustained |

| | | | |
|---|---|---|---|
| 374. | 268:3 – 268:7 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Sustained |
| 375. | 272:8 – 272:17 | Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 376. | 274:3 – 274:7 | Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 377. | 276:3 – 276:21 | Rule 602: Speculation/Lacks Personal Knowledge, Foundation | Sustained |
| 378. | 276:22 – 277:3 | Rule 403: Cumulative; Rule 611(a): Misstates testimony | Sustained |

DATED June 12, 2015.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge

4