# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

## By Judge Philip A. Brimmer

Civil Action 09-cv-1542-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING

TRUST, and
JEFFREY A. WEINMAN in his capacity
as Trustee for the Centrix Financial
Liquidating Trust,

       *Plaintiffs*,

   v.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, and AIG
DOMESTIC CLAIMS, INC.,

       *Defendants*.

## ORDER REGARDING PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS AS TO ANDREW MACLEOD

This matter comes before the Court on Plaintiffs' Objections to Defendants'

Deposition Designations [Docket No. 142]. The Court has reviewed the

objections and rules as follows as to the deposition of Andrew MacLeod:

| DEPOSITION OF ANDREW MACLEOD – 9.12.2012 | | | |
|---|---|---|---|
| Item # | Testimony | Objection | Ruling |
| 199. | 13:2 – 13:15 | Rule 602: Speculation/Lacks Personal Knowledge | Overruled |
| 200. | 15:2 – 16:19 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Overruled |
| 201. | 26:3 – 26:16 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | 26:3 to 26:12 – Overruled |

1

| | | | |
|---|---|---|---|
| 202. | 28:17 – 28:24 | Rule 602: Speculation/Lacks Personal Knowledge | Overruled |
| 203. | 30:4 – 30:19 | Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 204. | 36:2 – 36:20 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation; Incomplete hypothetical | Sustained – speculation |
| 205. | 37:6 – 37:15 | Rule 602: Speculation/Lacks Personal Knowledge; Rule 611(a): Vague | Sustained |
| 206. | 42:12 – 43:9 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained – relevance, speculation. Also, no substantive answer given. |
| 207. | 43:11 – 44:3 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 611(a): Vague | Sustained – foundation |
| 208. | 44:5 – 45:19 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained. Also, foundation |
| 209. | 46:12 – 46:23 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 210. | 47:22 – 48:20 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained. Also, speculation. |
| 211. | 49:11 – 50:2 | Rule 701: Legal Conclusion; Rule 602: Foundation; Incomplete hypothetical | Sustained. Also, speculation. |
| 212. | 50:20 – 51:15 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained. Also, speculation. |
| 213. | 51:16 – 51:24 | Rule 602: Best evidence | Sustained – Rule 701 |
| 214. | 52:2 – 52:6 | Rule 602: Speculation/Lacks Personal Knowledge; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 215. | 54:12 – 54:23 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation | Sustained |
| 216. | 55:10 – 56:20 | Rule 602: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |

| | | | |
|---|---|---|---|
| 217. | 58:9 – 60:4 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Incomplete hypothesis | Sustained. Also, speculation. |
| 218. | 61:3 – 63:2 | Rule 602: Foundation; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 611(a): Assumes facts not in evidence | 61:3-68:13 – Overruled. 61:15-63:2 – Sustained. |
| 219. | 69:22 – 70:19 | Rule 602: Foundation; Speculation/Lacks Personal Knowledge; Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 220. | 70:21 – 71:8 | Rule 611(a): Misstates Evidence | Sustained |
| 221. | 71:10 – 71:23 | Rule 602: Speculation/Lacks Personal Knowledge; Foundation | Sustained |
| 222. | 72:4 – 72:10 | Rule 602: Foundation | Overruled |
| 223. | 72:24 – 73:4 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 224. | 73:16 – 74:9 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 225. | 74:18 – 75:11 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 226. | 75:22 – 76:12 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 227. | 77:13 – 78:24 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 228. | 80:12 – 80:15 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 229. | 81:2 – 81:12 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation | Sustained |
| 230. | 81:24 – 82:5 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation | Sustained |
| 231. | 83:1 – 83:13 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation | Sustained |

| | | | |
|---|---|---|---|
| 232. | 84:3 – 85:24 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation | Sustained |
| 233. | 86:23 – 87:3 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation | Sustained |
| 234. | 88:17 – 89:12 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 235. | 92:9 – 92:18 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation | Sustained |
| 236. | 93:1 – 93:17 | Rule 602: Speculation/Lacks Personal Knowledge; Foundation | Sustained |
| 237. | 95:11 – 96:11 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 238. | 97:7 – 97:15 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion | Sustained |
| 239. | 99:9 – 99:23 | Rule 602: Speculation/Lacks Personal Knowledge; Foundation | Overruled |
| 240. | 100:17 – 101:8 | Rule 602: Speculation/Lacks Personal Knowledge; Foundation | Overruled |
| 241. | 103:2 – 104:9 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge | Overruled |
| 242. | 106:19 – 108:1 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 243. | 108:19– 108:24 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 244. | 109:18 – 110:12 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 245. | 112:4 – 112:23 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 246. | 122:5 – 122:20 | Rule 701: Legal Conclusion; Rule 602: Speculation/Lacks Personal Knowledge | Sustained |

| | | | |
|---|---|---|---|
| 247. | 123:22 – 124:4 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge; Rule 611(a): Assumes facts not in evidence | Sustained |
| 248. | 125:10 – 125:20 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge | Sustained - speculation |
| 249. | 126:10 – 126:24 | Rule 701: Legal Conclusion/Impermissible Lay Witness Opinion; Rule 602: Speculation/Lacks Personal Knowledge | Overruled |
| 250. | 130:11 – 130:24 | Rule 701: Legal Conclusion/Impermissible Lay Witness Testimony; Rule 602: Speculation/Lacks Personal Knowledge | Sustained |
| 251. | 172:18 – 172:24 | Rule 611: Compound Question | Sustained |

DATED June 12, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge