**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, and
JEFFREY A. WEINMAN in his capacity as Trustee
for the Centrix Financial Liquidating Trust,

*Plaintiffs*,

Civil Action 09-cv-1542-PAB-CBS

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
AIG DOMESTIC CLAIMS, INC.,

*Defendants*.

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiffs Centrix Financial Liquidating Trust and Jeffery A. Weinman in his capacity as Trustee for the Centrix Financial Liquidating Trust (collectively, "Plaintiffs") and defendants National Union Fire Insurance Company of Pittsburgh, PA, and AIG Domestic Claims, Inc. (collectively, "Defendants") have reached a settlement of the above-captioned matter. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs and Defendants hereby stipulate to entry of the accompanying order dismissing this action with prejudice, with each party to pay his or its own attorneys' fees, costs and expenses.

Dated: August 10, 2015

Respectfully submitted,

ARNOLD & PORTER LLP

By: s/Timothy Macdonald
Timothy Macdonald
Edwin P. Aro
370 17th St., Suite 4400
Denver, Colorado 80202
Telephone: (303)863-1000
Email: Timothy.Macdonald@aporter.com
*Counsel to the Defendants*

FOLEY & LARDNER LLP

By: s/Ann Marie Uetz
Ann Marie Uetz
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: (313) 234-7114
Facsimile: (313) 234-2800
Email: auetz@foley.com
*Counsel to the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 10, 2015, a true and accurate copy of the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** was electronically filed with the clerk of court using the CM/ECF System, which will send notification of such filing to all ECF participants.

/s/ Linda J. Teater